SO ORDERED.

/s/ Philip M. Halpern
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
December 16, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARK EWALD, on behalf of himself and all
others similarly situated,

                                Plaintiff,

    -against-

HOSPITALITY BUILDERS, INC.,
a South Dakota Corporation,

                               Defendant.
-----------------------------------------------------------------X

Case No.: 20-cv-7267

**VOLUNTARY STIPULATION OF DISMISSAL WITHOUT <u>PREJUDICE</u>**

      **IT IS HEREBY STIPULATED AND AGREED**, that the above-entitled action, with no settlement or payment of any kind having been made to Plaintiff or his counsel, be and hereby is dismissed without prejudice, with each party bearing its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated: White Plains, New York<br>December 13, 2021 | Dated: New York, New York<br>December 13, 2021 |
| KAUFMAN DOLOWICH & VOLUCK, LLP<br>*Attorneys for Defendant*<br>By: /s/ Jordan Sklar<br>Jordan Sklar (JS-3631)<br>245 Main Street, Suite 330<br>White Plains, New York 10601<br>(914) 470-0001 | GARDY & NOTIS, LLP<br>*Attorneys for Plaintiff<br>MARK EWALD*<br>By: /s/ Orin Kurtz<br>Orin Kurtz<br>126 East 56th Street, 8th Floor<br>New York, NY 10022<br>(212) 905-0509 |